BUSH GOTTLIEB, A LAW CORPORATION
Peter S. Dickinson, State Bar #139495
pdickinson@bushgottlieb.com
J. Paul Moorhead, State Bar # 240029
pmoorhead@BushGottlieb.com
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Tel:  (818) 973-3200; Fax:  (818) 973-3201
Attorneys for all Plaintiffs, Trustees of the Directors
Guild of America - Producer Health Plans, et al.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Richard W. Kopenhefer, State Bar #119288
rkopenhefer@sheppardmullin.com
Michael T. Campbell, State Bar #293376
mcambpell@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Tel: (310) 228-3700; Fax: (310) 228-3701
Attorneys for all Defendants,
Nu Image, Inc. et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA – PRODUCER HEALTH PLAN; and TRUSTEES OF THE DIRECTORS GUILD OF AMERICA – PRODUCER PENSION PLANS,<br><br>Plaintiffs,<br><br>vs.<br><br>NU IMAGE, INC., a California corporation; MILLENNIUM FILMS, INC., a Delaware corporation; OLYMPUS PRODUCTIONS, INC., a Nevada corporation; and PADRE NUESTRO PRODUCTIONS, LLC, a Louisiana limited liability company,<br><br>Defendants. | Case No.  2:21-cv-00601-CBM-RAO<br><br>**STIPULATION FOR DISMISSAL, WITH PREJUDICE**<br><br>*Fed. R. Civ. Proc. 41(a)(1)(A)* |

779526v1  12000-31002

TO THE HONORABLE CONSUELO B. MARSHALL, FOR THE UNITED STATES DISTRICT COURT, FOR THE STATE OF CALIFORNIA, CENTRAL DISTRICT:

IT IS HEREBY STIPULATED AND AGREED, by and amongst Plaintiffs, Trustees of the Directors Guild of America Producer Health Plan and Trustees of the Directors Guild of America Producer Pension Plans, and Defendants Nu Image, Inc., Millennium Films, Inc., Olympus Productions, Inc. and Padre Nuestro Productions LLC, by and through their counsel of record, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) this action is dismissed, with prejudice. Each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**

Dated: December 10, 2021   BUSH GOTTLIEB, A Law Corporation

By: */S/ J. Paul Moorhead*
J. Paul Moorhead, Attorney for Plaintiffs, Trustees of the Directors Guild of America Producer Health Plan and Trustees of the Directors Guild of America Producer Pension Plan

Dated: December 10, 2021   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */S/ Michael T. Campbell*
Michael T. Campbell, Counsel for Defendants, Nu Image, Inc., Millennium Films, Inc., Olympus Productions, Inc. and Padre Nuestro Productions LLC

Pursuant to L.R. 5-4.3.4(a)(2)(i), the above-filer attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# PROOF OF SERVICE

**Trustees Of The Directors Guild Of America – Producer Health Plan, et al.,**

v

**Nu Image Inc., et al.**

**Case No.: 2:21-cv-00601-CBM-RAO**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 801 North Brand Boulevard, Suite 950, Glendale, CA 91203-1260.

On December 10, 2021, I served true copies of the following document(s) described as: **STIPULATION FOR DISMISSAL, WITH PREJUDICE**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 10, 2021, at Glendale, California.

Ian Zulueta

785469v1 12000-31002


# SERVICE LIST

| | |
|---|---|
| Michael T. Campbell, Esq.<br>(MCampbell@sheppardmullin.com)<br>Richard Kopenhefer, Esq.<br>(rkopenhefer@sheppardmullin.com)<br>Sheppard Mullin Richter & Hampton LLP<br>1901 Avenue of the Stars, Ste. 1600<br>Los Angeles, CA 90067 | *Attorneys for Defendants*<br><br>*Nu Image Inc.*<br>*Millenium Films*<br>*Olympus Productions, Inc*<br>*Padre Nuestro Productions, LLC* |

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260